# Order

Michigan Supreme Court
Lansing, Michigan

December 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156980

COUNTY OF INGHAM, COUNTY OF
JACKSON, and COUNTY OF CALHOUN,
        Plaintiffs-Appellees,

v

MICHIGAN COUNTY ROAD COMMISSION
SELF-INSURANCE POOL,
        Defendant-Appellant.

SC:  156980
COA:  334077
Ingham CC:  15-000432-NZ

_____/

On order of the Court, the application for leave to appeal the October 10, 2017 judgment of the Court of Appeals is considered.  Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of the issue raised by the defendant but not addressed by that court during its initial review of this case:  Whether, even if the plaintiff counties are successors in interest to their road commissions, the defendant Michigan County Road Commission Self-Insurance Pool nevertheless may, in accordance with its governing documents, decline to issue to the counties refunds of surplus premiums from prior-year contributions.  In addressing this question, the Court of Appeals shall consider, among other things, the following documents:  the Declaration of Trust, By-Laws, Inter-Local Agreements, MCRCSIP Refund Overview, and the July 19, 1990 memorandum to the Pool members.  The court shall address whether these documents are binding on the parties, and, if so, what effect they have on the plaintiffs' entitlement to refunds.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2018



Clerk

s1128